# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., )<br>                                 )<br>  Plaintiff,                    )<br>                                 )<br>  v.                            )<br>                                 )<br>EDWIN O. FLORES, individually and )<br>dba EL TAZUMAL RESTAURANT,       )<br>                                 )<br>  Defendants.                   )<br>_____) | 1:10-cv-02103-AWI-JLT<br><br>ORDER VACATING HEARING<br>DATE OF NOVEMBER 5, 2012<br>AND TAKING MATTER<br>UNDER SUBMISSION<br><br>(Doc. 41) |

Plaintiff J & J Sports Productions, Inc., has filed a motion for summary judgment under Federal Rule of Civil Procedure 56(a). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g).

Accordingly, IT IS HEREBY ORDERED that the hearing date of November 5, 2012 is VACATED and the parties shall not appear. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 30, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE